**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

MICHAEL BERK,                               1:17-cv-0091-NLH-AMD

              Plaintiff,          **MEMORANDUM OPINION & ORDER**

     v.

JORDAN HOLLINGSWORTH, et al.,

              Defendants.

---

**APPEARANCES**:

Michael Berk, No. 43739-037
FCI Seagoville
Federal Correctional Institution
PO Box 9000
Seagoville, TX 75159
    Plaintiff pro se

John Tudor Stinson, Assistant United States Attorney
Office of the U.S. Attorney
District of New Jersey
402 East State Street
Room 430
Trenton, NJ 08608
    Attorneys for Defendants

**HILLMAN, District Judge**

    WHEREAS, Plaintiff Michael Berk has requested additional time to respond to Defendants' motion to dismiss, see ECF No. 34; and

    WHEREAS, Defendants have no objection to Plaintiff's request, see ECF No. 35,

    THEREFORE, IT IS on this  12th  day of November, 2019

ORDERED that Plaintiff's motion for an extension of time to respond to the motion to dismiss (ECF No. 34) is granted. Plaintiff's opposition is due November 18, 2019; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Plaintiff by regular first-class mail.


                                    s/ Noel L. Hillman
At Camden, New Jersey               NOEL L. HILLMAN, U.S.D.J.